UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE POINDEXTER,<br><br>         Plaintiff,<br><br>   v.<br><br>J. LYNCH et al.,<br><br>         Defendants. | No.  2:21-cv-0760 TLN AC P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  A settlement conference is currently scheduled in this action for May 9, 2023.  See ECF No. 39.

Plaintiff has filed a motion to amend his settlement conference statement.  ECF No. 40. Defendants have not filed a response to the request, and the court sees no reason why the request should not be granted.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to amend his settlement conference statement (ECF No. 40) is GRANTED, and

////

////

1

2. When amending the statement, plaintiff shall follow the instructions issued on February 8, 2023, by the magistrate judge who is presiding over the settlement conference. <u>See</u> ECF No. 39.

DATED: May 3, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE